# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kahn, Charles J. | 2. Court or Organization<br><br>District Court, Northern District of Florida | 3. Date of Report<br><br>08/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Winston E. Arnow Federal Bldg.<br>100 North Palafox St.<br>Pensacola<br>FL 32502 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1 |
| 2. | Trustee | Trust 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Retirement Pension, State of Florida | $1,279.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Retirement Pension, State of Florida |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company common stock | B | Dividend | K | T | Buy | 03/07/16 | J | | |
| 2. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 3. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 4. | | | | | Buy (add'l) | 12/06/16 | J | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Accounts Bank of America | A | Interest | K | T | | | | | |
| 8. Deferred Compensation (457) account 1, VOYA | E | Int./Div. | P1 | T | | | | | |
| 9. --Voya U.S. Stock Index | E | Int./Div. | N | T | | | | | |
| 10. --American Funds The Growth Fund of America | E | Int./Div. | N | T | | | | | |
| 11. --VOYA Fixed Account 457/401 | D | Int./Div. | N | T | | | | | |
| 12. --Loomis Sayles Small Cap Growth Fund | C | Int./Div. | L | T | | | | | |
| 13. --Vanguard Mid-Cap Index Fund | D | Int./Div. | L | T | | | | | |
| 14. | | | | | | | | | |
| 15. IRA 1 | B | Dividend | N | T | | | | | |
| 16. --American Funds New Perspective Fund | A | Dividend | K | T | | | | | |
| 17. --American Funds Washington Mutual Inv. Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Fundamental Investors Fund | A | Dividend | L | T | | | | | |
| 19. --American Growth Fund | A | Dividend | L | T | | | | | |
| 20. --Lord Abbott Short Duration Income | A | Dividend | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. IRA 2 Spouse | A | Dividend | L | T | | | | | |
| 25. --Bank of America NA | A | Interest | J | T | | | | | |
| 26. --Vanguard Intermediate Bond ETF | A | Dividend | | | Sold | 11/18/16 | J | | |
| 27. --IShares 3-7 Yr. T Bond ETF | A | Dividend | | | Sold | 11/18/16 | J | | |
| 28. --Wisdomtree Trust Japan Hedged Equity | A | Dividend | | | Sold | 11/18/16 | J | | |
| 29. --Wisdomtree Europe Hedges | A | Dividend | | | Sold | 11/18/16 | J | | |
| 30. --IShares MBS ETF | A | Dividend | | | Sold | 11/18/16 | J | | |
| 31. --IShares Inc. Core MSCI | A | Dividend | | | Sold | 11/18/16 | J | | |
| 32. --IShares MSCI Pacific | A | Dividend | | | Sold | 11/18/16 | J | | |
| 33. --I Shares Market Vectors | A | Dividend | | | Sold | 11/18/16 | J | | |
| 34. --IShares MSCI Sweden | A | Dividend | | | Sold | 11/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --IShares MSCI Switzerland | A | Dividend | | | Sold | 11/18/16 | J | | |
| 36. --IShares MSCI Japan | A | Dividend | | | Sold | 11/18/16 | J | | |
| 37. --IShares MSCI Switzerland | A | Dividend | | | Sold | 11/18/16 | J | | |
| 38. --IShares MSCI UK | A | Dividend | | | Sold | 11/18/16 | J | | |
| 39. --First Trust EFT Dow Jones Ind | A | Dividend | | | Sold | 11/18/16 | J | | |
| 40. --Wisdomtree Europe Hedged Equity | A | Dividend | | | Sold | 11/18/16 | J | | |
| 41. --Ishares NASDAQ Biotech | A | Dividend | | | Sold | 11/18/16 | J | | |
| 42. --IShares Inc Core MSCI Emerging Markets | A | Dividend | | | Sold | 11/18/16 | J | | |
| 43. --SPDR Barclays High Yield Bond | A | Dividend | | | Sold | 11/18/16 | J | | |
| 44. --IShares IBOXX$ Investment Grade Corp Bond | A | Distribution | | | Sold | 11/18/16 | J | | |
| 45. --IShares IBOXX$ Investment Grade Corp Bond | A | Dividend | | | Sold | 11/18/16 | J | | |
| 46. --IShares MBS | A | Dividend | | | Sold | 11/18/16 | J | | |
| 47. --Powershares Global | A | Dividend | | | Sold | 11/18/16 | J | | |
| 48. --Powershares Preferred | A | Dividend | | | Sold | 11/18/16 | J | | |
| 49. --First Trust ISE | A | Dividend | | | Sold | 11/18/16 | J | | |
| 50. --IShares TIPS | A | Dividend | | | Sold | 11/18/16 | J | | |
| 51. --Vanguard Consumer | A | Dividend | | | Sold | 11/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Vanguard Materials | A | Dividend | | | Sold | 11/18/16 | J | | |
| 53.  --Vanguard Information | A | Dividend | | | Sold | 11/18/16 | J | | |
| 54.  --Vanguard Ind. | A | Dividend | | | Sold | 11/18/16 | J | | |
| 55.  --Vanguard Energy ETF | A | Dividend | | | Sold | 11/18/16 | J | | |
| 56.  --Sector SPDR Fin. | A | Dividend | | | Sold | 11/18/16 | J | | |
| 57.  --Health Care Select SPDR | A | Dividend | | | Sold | 11/18/16 | J | | |
| 58.  --Consumer Discretionary SPDR | A | Dividend | | | Sold | 11/18/16 | J | | |
| 59.  --Market Vectors J.P. | A | Dividend | | | Sold | 11/18/16 | J | | |
| 60. | | | | | | | | | |
| 61.  --American Funds AMCAP | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 62.  --American Funds --Washington Mutual Inv FD | A | Dividend | K | T | Buy | 11/21/16 | J | | |
| 63.  --American Fundamental Investors Fund | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 64.  --American Growth Fund of America | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 65.  --American Investment Co of America Fund | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 66.  --Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy | 11/21/16 | K | | |
| 67.  --Western Asssets Core Plus Bond Fund | A | Dividend | K | T | Buy | 11/21/16 | K | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. IRA 3 | D | Int./Div. | O | T | | | | | |
| 71. --Altria Common Stock | A | Dividend | K | T | | | | | |
| 72. --Bank Deposit Program Bank of America | A | Int./Div. | M | T | | | | | |
| 73. --Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 74. --Blackrock Income Trust | A | Dividend | K | T | | | | | |
| 75. --British Amer Tob Spon ADR | A | Dividend | K | T | | | | | |
| 76. --Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 77. --Centerpoint Energy common stock | A | Dividend | K | T | | | | | |
| 78. --Citigroup New common stock | A | Dividend | J | T | | | | | |
| 79. --Conoco Phillips common stock | A | Dividend | J | T | | | | | |
| 80. --DuPont EI Nemoours common stock | A | Dividend | J | T | | | | | |
| 81. --Deutsche High Income Opportunities | A | Dividend | J | T | | | | | |
| 82. --Exxon Mobil common stock | A | Dividend | J | T | | | | | |
| 83. --FirstEnergy common stock | A | Dividend | J | T | | | | | |
| 84. --Frontier Communications common stock | A | Dividend | J | T | | | | | |
| 85. --GE Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Alphabet Inc. | A | Dividend | K | T | Buy | 04/22/16 | J | | |
| 87. --GlaxoSmithKline PLC ADS | A | Dividend | J | T | | | | | |
| 88. --Halyard Health | A | Dividend | J | T | | | | | |
| 89. --Honeywell Intl. common stock | A | Dividend | K | T | | | | | |
| 90. --Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 91. --Kimberly Clark common stock | A | Dividend | J | T | | | | | |
| 92. --Kraft Foods CLA | A | Dividend | J | T | | | | | |
| 93. --Merck common stock | A | Dividend | J | T | | | | | |
| 94. --Microsoft common stock | A | Dividend | J | T | | | | | |
| 95. --Norfold Southern common stock | A | Dividend | K | T | | | | | |
| 96. --Philip Morris Intl. common stock | B | Dividend | K | T | | | | | |
| 97. --Phillips 66 Com | A | Dividend | J | T | | | | | |
| 98. --Procter & Gamble common stock | A | Dividend | J | T | | | | | |
| 99. --Raytheon common stock | A | Dividend | K | T | | | | | |
| 100. --Sandisk common stock | A | Dividend | | | Sold | 11/14/16 | J | | |
| 101. --Verizon Comm. common stock | A | Dividend | J | T | | | | | |
| 102. --Weatherford Intl. Ltd. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Wells Fargo & Co. New | A | Dividend | J | T | | | | | |
| 104. --IBM Common Stock | A | Dividend | K | T | | | | | |
| 105. --Mondelez Intl., Inc | A | Dividend | J | T | | | | | |
| 106. --Unit AAM Corporate Navellier Dial High Income 44 | A | Dividend | K | T | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. Merrill Lynch Bank Deposit Program. | A | Interest | K | T | Buy | 11/17/16 | K | | |
| 110. Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 111. Janus Twenty Fund T | A | Dividend | J | T | | | | | |
| 112. TransAmerica Capital Growth | A | Dividend | J | T | | | | | |
| 113. First Tr ETF VI | A | Dividend | | | Sold | 11/10/16 | J | | |
| 114. First Tr High YL Etf | A | Dividend | | | Sold | 11/10/16 | J | | |
| 115. First Tr Emerging Mkts ETF | A | Dividend | | | Sold | 11/10/16 | J | | |
| 116. First Tr Engy ETF | A | Dividend | | | Sold | 11/10/16 | J | | |
| 117. First Tr Europe | A | Dividend | | | Sold | 11/10/16 | J | | |
| 118. First Tr Inds/Prods ETF | A | Dividend | | | Sold | 11/10/16 | J | | |
| 119. First Tr Large Cap ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIrst Tr Global Auto ETF | A | Dividend | | | Sold | 11/10/16 | J | | |
| 121. First Tr North Am ETf | A | Dividend | | | Sold | 11/10/16 | J | | |
| 122. First Tr NASDAQ ETF | A | Dividend | | | Sold | 11/10/16 | J | | |
| 123. | | | | | | | | | |
| 124. IRA 4 (spouse) | A | Int./Div. | L | T | | | | | |
| 125. --Bank of America | A | Interest | | | Sold | 11/18/16 | J | | |
| 126. --Capital City Bank Inc common stock | A | Dividend | J | T | | | | | |
| 127. --Unit AAM Corporate Navellier Dial High Income 44 | A | Dividend | | | Sold | 11/18/16 | J | | |
| 128. --ATT Common Stock | A | Dividend | | | Sold | 11/18/16 | J | | |
| 129. --Energy Transfer Eqty LP | A | Dividend | | | Sold | 11/18/16 | K | | |
| 130. --Microsoft common stock | A | Dividend | | | Sold | 11/18/16 | J | | |
| 131. --Target Corp | A | Dividend | | | Sold | 11/18/16 | J | | |
| 132. --Third Ave Value Inst | A | Dividend | | | Sold | 11/18/16 | J | | |
| 133. | | | | | | | | | |
| 134. Trust 1 | D | Int./Div. | J | T | | | | | |
| 135. --Cash Merrill Lynch Bank Deposit | A | Int./Div. | | | Distributed | 06/30/16 | M | | |
| 136. --Franklin Adjustable US Govt | A | Dividend | | | Distributed | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Capital City Bank common stock | A | Dividend | | | Distributed | 06/30/16 | J | | |
| 138. --Chevron common stock | A | Dividend | | | Distributed | 06/30/16 | J | | |
| 139. --Duke Energy common stock | B | Dividend | | | Distributed | 06/30/16 | L | | |
| 140. --Exelon | A | Dividend | | | Distributed | 06/30/16 | J | | |
| 141. --Pepsico common stock | A | Dividend | | | Distributed | 06/30/16 | J | | |
| 142. --Procter & Gamble common stock | A | Dividend | | | Distributed | 06/30/16 | K | | |
| 143. --Southern Co. common stock | A | Dividend | | | Distributed | 06/30/16 | J | | |
| 144. --Spectra Energy common stock | A | Dividend | | | Distributed | 06/30/16 | K | | |
| 145. --Teco Energy common stock | A | Dividend | | | Distributed | 06/30/16 | K | | |
| 146. --Columbia Seligman fund | A | Dividend | | | Distributed | 06/30/16 | L | | |
| 147. --Jacob Wisdom Fund | A | Dividend | | | Distributed | 06/30/16 | K | | |
| 148. --Lord Abbett Mid-Cap Value C | A | Dividend | | | Distributed | 06/30/16 | K | | |
| 149. --Thornburg Value Fund Class A | A | Dividend | | | | | | | |
| 150. --Half interest in condominium, Gulf Breeze, FL | D | Rent | | | Distributed | 06/30/16 | M | | |
| 151. --Health First Network, Inc. membership units | | None | | | Distributed | 06/30/16 | J | | |
| 152. --Five Flags Bank common stock | | | | | Distributed | 06/30/16 | N | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Trust 2 | E | Int./Div. | O | T | | | | | |
| 155. --Cash Merrill Lynch Bank Deposit | A | Int./Div. | N | T | Open | 06/30/16 | M | | |
| 156. --Franklin Adjustable US Govt | A | Dividend | K | T | Open | 06/30/16 | J | | |
| 157. --Best Buy common stock | A | Dividend | J | T | | | | | |
| 158. --Capital City Bank common stock | A | Dividend | J | T | Open | 06/30/16 | J | | |
| 159. --Chevron common stock | A | Dividend | K | T | Open | 06/30/16 | J | | |
| 160. --Coca-Cola common stock | C | Dividend | L | T | | | | | |
| 161. --Duke Energy common stock | D | Dividend | M | T | Open | 06/30/16 | L | | |
| 162. --Exelon Corp. common stock | A | Dividend | J | T | Open | 06/30/16 | J | | |
| 163. --JM Smucker common stock | A | Dividend | J | T | | | | | |
| 164. --Kate Spade | A | Dividend | J | T | | | | | |
| 165. --Pepsico common stock | B | Dividend | K | T | Open | 06/30/16 | K | | |
| 166. --Procter & Gamble common stock | A | Dividend | K | T | Open | 06/30/16 | K | | |
| 167. --Southern Co. common stock | A | Dividend | J | T | Open | 06/30/16 | J | | |
| 168. --Spectra Energy common stock (now Enbridge, Inc.) | B | Dividend | K | T | Open | 06/30/16 | K | | |
| 169. --Teco Energy common stock | A | Dividend | K | T | Open | 06/30/16 | K | | |
| 170. --Treehouse Foods common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Whitewave Foods | A | Dividend | J | T | | | | | |
| 172.  --Columbia Seligman fund | B | Dividend | M | T | Open | 06/30/16 | L | | |
| 173.  --Jacob Wisdom fund | A | Dividend | | | Sold | 07/21/16 | L | | |
| 174.  --Lord Abbett Mid-Cpa Value C | A | Dividend | K | T | Open | 06/30/16 | K | | |
| 175.  --Thornburg Value Fund Class A | A | Dividend | L | T | Open | 06/30/16 | K | | |
| 176.  --Condominium in Gulf Breeze, FL | D | Rent | N | S | | | | | |
| 177.  --Five Flags bank common stock | D | Dividend | N | U | Open | 06/30/16 | N | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 08/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Lines 8-13. The income spaces have been completed for this Amended Report. Please note, however, that the Deferred Compensation provider only reports "Investment Earnings" so the income figure also includes gains in the price of investments.

Part VII. Line 24,. 124 Spouse now has 2 IRA's shown for continuity as IRA 2 spouse and IRA 4 spouse

Part VII. Line 109, Value of ML Bank Deposit Program increased due to a transfer from my mother.

Part VII. Line 134, Trust 1 was liquidated June 30, 2016 by transfer of all assets to Trust 2. Trust 1 did not exist as of the end of the reporting period, and no gain was recognized. In Trust 2, beginning at line 154, I have used "open" to indicate assets that were transferred from Trust 1 to Trust 2.

Part VII, Investments and Trusts, line 150, certified assessed value as of Jan. 1, 2016 (of entire property) per property appraiser is 320,000.

Part VII. Line 168, Spectra Energy became Enbridge as of Feb. 27, 2017. Although this is outside the reporting period, I am attaching this note for clarity.

Part VII, Investments and Trusts, line 176, Trust 2 now owns this property. The certified assessed value as of Jan. 1, 2016 (of entire property) per property appraiser is 320,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles J. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544